

# Invoice

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 5/30/2007 | 533092 | Net 30 | 6/29/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**

*You Request. We Respond. It Gets Done!*

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $0.00 |
| Tax | $0.00 |
| Invoice Total | $0.00 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $0.00 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support



# Invoice

**MILES TECHNOLOGIES.com**
300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 5/24/2007 | 533095 | Net 30 | 6/23/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**

*You Request. We Respond. It Gets Done!*

| Project Name: | Forensic- Investigation |
|---|---|
| Project Status: | In Progress |
| Service Date Range: | 5/1/2007 - 5/25/2007 |

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $11,033.72 |
| Tax | $134.21 |
| Invoice Total | $11,167.93 |
| Payments and Credits Applied | $3,925.90 |
| Amount Now Due | $7,242.03 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support



**MILES** *TECHNOLOGIES.com*
300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

# Invoice

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 6/1/2007 | 533529 | Net 30 | 7/1/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**
*You Request. We Respond. It Gets Done!*

| Project Name: | Forensic- Investigation |
|---|---|
| Project Status: | In Progress |
| Service Date Range: | 5/22/2007 - 5/25/2007 |

| Task ID | Task Status | Initial Reason for Support | | Requested By | Requested Date |
|---|---|---|---|---|---|
| 115316 | Done | Phase 1 | | Rock Ferrone | 5/7/2007 |
| | Description of Work Performed | | Hours | Price | Taxable |
| | Preparation for return site visit. NDA review. Equipment troubleshooting and shipment of replacement equipment. Troubleshooted HDD imaging problems and recommended alternate solutions. Debriefed examiner and reviewed processing documentation. Reviewed for next phase of investigation. | | 6.15 | $1,199.25 | N |

| Task ID | Task Status | Initial Reason for Support | | Requested By | Requested Date |
|---|---|---|---|---|---|
| 116959 | Done | Phase 1 - Onsite Imaging 5/24-5/25 | | Rock Ferrone | 5/23/2007 |
| | Description of Work Performed | | Hours | Price | Taxable |
| | Site Visit - Worked on collection of network data for litigation. Worked with Blackberry support on investigation of PIM as it relates to the BBES. Worked onsite imaging HDD of servers DCS01 and ALCBHIN. Worked on Phase 1 - Onsite Imaging 5/24-5/25. Worked onsite imaging 4.3 GB mirror on DCS01 and transportation to Miles main office. | | 81.23 | $16,434.21 | Y |

| Description | Unit Price | Quantity | Ext Price | Taxable |
|---|---|---|---|---|
| Site Visit - Worked on collection of network data for litigation. Worked with Blackberry support on investigation of PIM as it relates to the BBES. Worked onsite imaging HDD of servers DCS01 and ALCBHIN. Worked on Phase 1 - Onsite Imaging 5/24-5/25. Worked onsite imaging 4.3 GB mirror on DCS01 and transportation to Miles main office. | $253.50 | 1.65 | $418.28 | Y |



# Invoice

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 6/1/2007 | 533529 | Net 30 | 7/1/2007 |

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $18,051.74 |
| Tax | $1,011.15 |
| Invoice Total | $19,062.89 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $19,062.89 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support



# Invoice

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 6/6/2007 | 533709 | Net 30 | 7/6/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**
*You Request. We Respond. It Gets Done!*

| Project Name: | Forensic- Investigation |
|---|---|
| Project Status: | In Progress |
| Service Date Range: | 5/29/2007 - 6/1/2007 |

| Task ID | Task Status | Initial Reason for Support | | Requested By | Requested Date |
|---|---|---|---|---|---|
| 115316 | Done | Phase 1 | | Rock Ferrone | 5/7/2007 |
| | | Description of Work Performed | Hours | Price | Taxable |
| | | Worked on reconstructing RAIDs. | 9.84 | $1,918.80 | N |

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $1,918.80 |
| Tax | $0.00 |
| Invoice Total | $1,918.80 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $1,918.80 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support



**MILES**
*TECHNOLOGIES.com*

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

# Invoice

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 6/25/2007 | 534222 | Net 30 | 7/25/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**
*You Request. We Respond. It Gets Done!*

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $0.00 |
| Tax | $0.00 |
| Invoice Total | $0.00 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $0.00 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support



**MILES**
*TECHNOLOGIES.com*

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

# Invoice

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 6/26/2007 | 534376 | Net 30 | 7/26/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**

*You Request. We Respond. It Gets Done!*

| Project Name: | Forensic- Investigation |
|---|---|
| Project Status: | In Progress |
| Service Date Range: | 1/1/1900 - 6/22/2007 |

| Task ID | Task Status |
|---|---|
| 115316 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Reviewed image conversion from segmented to contiguous; image integrity and EDB integrity. Reviewed raid reconstruction scripts. Reviewed final raid reconstruction and image integrity for laptops. Reviewed PST content and EDB repair status. Conference with Gianni. Reviewed structure and content of Blackberry server image. | 8.45 | $1,647.75 | N |

| Task ID | Task Status |
|---|---|
| 117337 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Worked on backing up all data that was acquired through onsite imaging for redundancy purposes. Worked on finalizing all paperwork relevant to onsite imaging. | 0.68 | $132.60 | N |
| Worked on backing up all data that was acquired through onsite imaging for redundancy purposes. Worked on finalizing all paperwork relevant to onsite imaging. | 12.58 | $2,453.10 | Y |

| Task ID | Task Status |
|---|---|
| 117842 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Worked on interpolation of log file data from symantec gateway. Worked on examining paper transaction logs provided by Allegheny County. Worked on compiling a time line of the transaction logs within Excel and examining results. | 1.19 | $232.05 | N |
| Worked on interpolation of log file data from symantec gateway. Worked on examining paper transaction logs provided by Allegheny County. Worked on compiling a time line of the transaction logs within Excel and examining results. | 6.28 | $1,224.60 | Y |

| Task ID | Task Status |
|---|---|
| 118364 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Worked on determining level of logging for BBES server. | 0.81 | $157.95 | N |



# Invoice

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 6/26/2007 | 534376 | Net 30 | 7/26/2007 |

| Task ID | Task Status |
|---|---|
| 118365 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Reconstructed individual partitions from raid. | 9.25 | $1,803.75 | N |

| Task ID | Task Status |
|---|---|
| 118836 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Worked on Phase I - Onsite Imaging 6/11-6/12/2007. Worked onsite imaging the hard disks of the blackberry server, Davins workstation and two of D Onorato s laptops. Worked on returning to NJ after onsite imaging. Worked on filing forensic paperwork after onsite imaging. Worked on filing all required paperwork as well as transferring images to a working copy to maintain the integrity of the master copies. | 38.98 | $7,601.10 | N |

| Task ID | Task Status |
|---|---|
| 119874 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Worked on Phase II - Work with EDB files and .PSTs. Worked on researching best method for mounting EDB files within Exchange server. Worked on Preparing EDB files for exchange server build. | 5.95 | $1,160.25 | Y |

| Task ID | Task Status |
|---|---|
| 120075 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Worked on Phase II - Assist Gianni With PST Files. Worked on assisting Gianni in mounting recovered PST files and browsing them for emails of interest. | 1.20 | $234.00 | Y |

| Description | Unit Price | Quantity | Ext Price | Taxable |
|---|---|---|---|---|
| Use of Forensic Hardware/Software, Evidential Control &amp; Documentation, and Storage Media | $500.00 | 12.00 | $6,000.00 | N |
| Shipping Next Day Air PM | $19.70 | 1.00 | $19.70 | Y |
| Shipping Next Day Air PM | $17.51 | 1.00 | $17.51 | Y |
| Raid Reconstructor | $299.00 | 1.00 | $299.00 | Y |
| Shipping Next Day Air AM | $23.25 | 1.00 | $23.25 | Y |
| SanDisk Cruzer Micro 4GB USB 2.0 Flash Drive | $65.08 | 1.00 | $65.08 | Y |



# Invoice

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

| DATE | INVOICE # | TERMS | DUE DATE |
|------|-----------|-------|----------|
| 6/26/2007 | 534376 | Net 30 | 7/26/2007 |

*Thank You For Your Continued Patronage!*

| | |
|---|---:|
| Subtotal | $23,071.69 |
| Tax | $329.79 |
| Invoice Total | $23,401.48 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $23,401.48 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support



**MILES**
*TECHNOLOGIES.com*

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

# Invoice

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 7/6/2007 | 534900 | Net 30 | 8/5/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**
*You Request. We Respond. It Gets Done!*

| Project Name: | Forensic- Investigation |
|---|---|
| Project Status: | In Progress |
| Service Date Range: | 6/26/2007 - 6/29/2007 |

| Task ID | Task Status |
|---|---|
| 115316 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Uploaded documentation into DIM. Reprocessed images from Davin and Onorato. Processed images from servers. Compiled information for initial report generation. | 5.36 | $1,025.20 | N |

| Task ID | Task Status |
|---|---|
| 120505 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Worked on Phase II - Virtualization of Symantec Gateway. Worked on the virtualization of the Symantec Gateway server. Worked on creating a single image file for VMware to use to mount. | 1.88 | $211.60 | Y |

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $1,236.80 |
| Tax | $12.70 |
| Invoice Total | $1,249.50 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $1,249.50 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support

Page 1



**MILES TECHNOLOGIES.com**

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

# Invoice

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 7/13/2007 | 535118 | Net 30 | 8/12/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**
*You Request. We Respond. It Gets Done!*

| Project Name: | Forensic- Investigation |
|---|---|
| Project Status: | In Progress |
| Service Date Range: | 7/2/2007 - 7/6/2007 |

| Task ID | Task Status |
|---|---|
| 115316 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Initial report draft. Conference with Floro; report revisions. Worked on creating database of file activity. Continuation of entering documentation into DIM. | 15.08 | $2,940.60 | N |

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $2,940.60 |
| Tax | $0.00 |
| Invoice Total | $2,940.60 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $2,940.60 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support



# Invoice

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 7/17/2007 | 535341 | Net 30 | 8/16/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**

*You Request. We Respond. It Gets Done!*

| Project Name: | Forensic- Investigation |
|---|---|
| Project Status: | In Progress |
| Service Date Range: | 7/9/2007 - 7/12/2007 |

| Task ID | Task Status |
|---|---|
| 115316 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Continuation of entering documentation into DIM. | 11.30 | $2,203.50 | N |

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $2,203.50 |
| Tax | $0.00 |
| Invoice Total | $2,203.50 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $2,203.50 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support



**MILES**
*TECHNOLOGIES.com*
300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

# Invoice

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 7/19/2007 | 535417 | Net 30 | 8/18/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**
*You Request. We Respond. It Gets Done!*

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $0.00 |
| Tax | $0.00 |
| Invoice Total | $0.00 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $0.00 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support



# Invoice

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 7/27/2007 | 535684 | Net 30 | 8/26/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

**Making Small Businesses Successful**
*You Request. We Respond. It Gets Done!*

| Project Name: | Forensic- Investigation |
|---|---|
| Project Status: | In Progress |
| Service Date Range: | 6/1/2007 - 7/5/2007 |

| Task ID | Task Status |
|---|---|
| 117885 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Worked on System Log analysis. Worked on reconstructing the RAID arrays from the servers DCS01 and ALCBHIN in preparation for initial investigation. Worked on rebuilding the Array for theBlackberry Server. Worked on verifying the Valididty of the reconstructed SAV server. Worked on organizing the server images so that they were on the appropriate disks for searching. | 22.04 | $2,475.40 | N |

| Task ID | Task Status |
|---|---|
| 119988 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Worked on Phase II-Virtualize 5.5 Exchange for EDB Recovery. | 16.15 | $2,127.97 | N |

| Task ID | Task Status |
|---|---|
| 120170 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Worked on Phase II - Prepare worstation/laptops for Search. Worked on transferring data to External disk in preparation for indexing. Worked on reviewing initial results of index. Worked on compiling information in preparation for the creation of the forensics report. | 12.71 | $1,403.70 | N |



# Invoice

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 7/27/2007 | 535684 | Net 30 | 8/26/2007 |

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $6,007.07 |
| Tax | $0.00 |
| Invoice Total | $6,007.07 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $6,007.07 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support



**MILES**
*TECHNOLOGIES.com*

300 W Route 38
Moorestown, NJ 08057
Phone 856-439-0999
Fax 856-439-9910

# Invoice

| DATE | INVOICE # | TERMS | DUE DATE |
|---|---|---|---|
| 8/1/2007 | 536064 | Net 30 | 8/31/2007 |

| BILL TO |
|---|
| Rock Airport of Pittsburgh, LLC |
| 2730 Russellton |
| Tarentum, PA 15084 |

| Visit Our Website! |
|---|
| www.milestechnologies.com |
| AR@milestechnologies.com |

## Making Small Businesses Successful
*You Request. We Respond. It Gets Done!*

| Project Name: | Forensic- Investigation |
|---|---|
| Project Status: | In Progress |
| Service Date Range: | 5/18/2007 - 7/19/2007 |

| Task ID | Task Status |
|---|---|
| 116493 | Done |

| Description of Work Performed | Hours | Price | Taxable |
|---|---|---|---|
| Conf-call with Gianni to review findings, recommendations and reports. Coordination and logistics for forensic investigation. Worked on preparation of all materials and tools for onsite visit for imaging of two servers. Worked on conference with Rock to determine what he would like completed as part of the initial investigation. Worked on conferencing with Gianni to determine whether or not another trip to Pittsburgh would be required and the current status of the case. Worked on organizing all materials and entering evidence into case management software. | 21.79 | $4,249.05 | N |
| Conf-call with Gianni to review findings, recommendations and reports. Coordination and logistics for forensic investigation. Worked on preparation of all materials and tools for onsite visit for imaging of two servers. Worked on conference with Rock to determine what he would like completed as part of the initial investigation. Worked on conferencing with Gianni to determine whether or not another trip to Pittsburgh would be required and the current status of the case. Worked on organizing all materials and entering evidence into case management software. | 17.14 | $3,342.30 | Y |

*Thank You For Your Continued Patronage!*

| | |
|---|---|
| Subtotal | $7,591.35 |
| Tax | $200.54 |
| Invoice Total | $7,791.89 |
| Payments and Credits Applied | $0.00 |
| Amount Now Due | $7,791.89 |

1.5% service charge per month will be assessed for payments not received within 30 days of invoice date. Hardware/Software items due upon receipt.

*Note: Multiple consultants may have performed work for the tasks on this invoice. The quantity and price for each task are a result of the combined efforts of all consultants that performed the work for each task. To view timesheet details for each task, please log into the Miles Customer Portal at https://miles.4miles.com/kbnew/CustomerLogin/login.asp. You can search for the task ID on the tasks tab or you can view all time entries on the time tab. Use your business phone and password to login. To view our current billing rates, please visit www.milestechnologies.com/tc.

OUR SERVICES INCLUDE: E-Commerce * Website Design * Hosting * Email * Firewall * Virus Protection * High-Speed Internet * Software Installation and Support * Custom Programming * Accounting Integration * Quickbooks Pro Advisor/Developer * Peachtree/Mas90-200/Solomon/Owp * Contact Management * Outlook / Act / Goldmine * Working Remotely * Multiple Office Connectivity * Handheld Devices * Network Setup/Support/Cabling * Windows 95/98/NT/2000/XP * Novell * Switches/Hubs/Routers * Cisco * Backup Systems * MS Office 97/2000/XP * WordPerfect * Custom Programming * Imaging/Archiving * Fax/Email Solutions * Video Conferencing * IBM/HP/Compaq/Dell/Custom Servers/Desktops * Training * Remote Support